# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 3, 1997**

| | | |
|---|---|---|
| 18983 | State v. Garcia | Affirmed |

**June 20, 1997**

| | | |
|---|---|---|
| 19464 | State v. Williams | Affirmed |

**June 25, 1997**

| | | |
|---|---|---|
| 19132 | Smith v. Benco | Affirmed |

**June 26, 1997**

| | | |
|---|---|---|
| 20042 | State v. Holmberg | Vacated |
| 17458 | Takizawa v. Kajimura | Affirmed |

**June 30, 1997**

| | | |
|---|---|---|
| 18623 | State v. Johnson | Vacated |
| 17909 | State v. Luxor | Affirmed |
| 18227 | State v. Naone | Affirmed |
| 19402 | State v. Sua | Affirmed |
| 19650 | State v. Tansey | Affirmed |

**July 1, 1997**

| | | |
|---|---|---|
| 19185 | Hirano v. Kotsubo | Affirmed |